ISAIAH B. LIBBEY et al.

v.

THE CITY OF CHICAGO.

*Opinion filed October 19, 1900.*

This case is controlled by the decision in *Jacobs* v. *City of Chicago*, 178 Ill. 560, which follows *Holden* v. *City of Chicago*, 172 id. 263.

WRIT OF ERROR to the County Court of Cook county; the Hon. C. M. BARICKMAN, Judge, presiding.

WILLIAM F. CARROLL, and M. F. CURE, for plaintiffs in error.

CHARLES M. WALKER, Corporation Counsel, ARMAND F. TEEFY, and WILLIAM M. PINDELL, for defendant in error.

Per CURIAM: This is a writ of error to the county court of Cook county to reverse a judgment confirming a special assessment for the improvement of a street in Chicago. The ground of reversal insisted upon is, that the ordinance under which the assessment was made fails to specify the nature, character or description of the improvement, in that it does not prescribe the height of the combined curb and gutter or state where the curb is to be placed. The cause is in all respects like that of *Jacobs* v. *City of Chicago*, 178 Ill. 560, followed by *Dickey* v. *City of Chicago*, 179 id. 184. See, also, *Newkirk* v. *City of Chicago*, 180 Ill. 142. On the authority of these cases the judgment of the county court will be reversed and the cause remanded.

*Reversed and remanded.*